No. 549. Buscaglia, Director, Division of Sales Tax, Erie County, et al. v. Liberty National Bank & Trust Co. Ct. App. N. Y. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Robert W. Bush,* Assistant Attorney General, for petitioners. *Manly Fleischmann* for respondent. Brief of *amici curiae* in support of the petition was filed by: *Robert K. Killian,* Attorney General, and *F. Michael Ahern,* Assistant Attorney General, for the State of Connecticut; *Earl Faircloth,* Attorney General, and *Winifred Wentworth,* Assistant Attorney General, for the State of Florida; *Arthur J. Sills,* Attorney General, and *Charles Landesman,* Assistant Attorney General, for the State of New Jersey; and *William C. Sennett,* Attorney General, and *John Gaines,* Assistant Attorney General, for the State of Pennsylvania.

No. 121. Pressman v. City of Plainfield et al. Super. Ct. N. J. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Stanley J. Reiben* for petitioner. *William A. Dreier* and *Edward W. Beglin, Jr.,* for respondents.

No. 158. Sulton et ux. v. Schoen et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Jack Greenberg, Norman C. Amaker, Melvyn Zarr,* and *Anthony G. Amsterdam* for petitioners. *Elsbeth Levy Bothe* and *Ronald A. Willoner* for respondents.

No. 495, Misc. Lockhart v. Hoenstine, Prothonotary, Superior Court of Pennsylvania. C. A. 3d Cir. Certiorari denied.